BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY EDISON ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA; THE GEO ) <br> GROUP, INC.; MANAGEMENT & ) <br> TRAINING CORPORATION; and JOHN ) <br> DOES 1-50, ) <br> ) <br> Defendants. ) | Case No. 1:12−CV−02026 AWI−JLT <br><br> STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER |

   Plaintiff Gregory Edison ("Plaintiff"), Defendants United States of America ("United States"), GEO Group, Inc ("GEO") and Management & Training Corporation ("MTC") (collectively "the parties") stipulate, by and through the undersigned counsel, to extend the deadline for United States to respond to the complaint to and including April 8, 2013.

   The parties further agree to continue the date of the scheduling conference currently set for April 9, 2013 at 9:30 a.m. before Magistrate Judge Thurston in Bakersfield, California to June 27, 2013 at 9:00 a.m. before Magistrate Judge Thurston in Bakersfield, California.

   The parties base this stipulation on good cause, which includes the need for United States to review the allegations in the Complaint and respond accordingly.

///

///

///

1. Accordingly, the parties stipulate and agree to continue the time for the United States to file a responsive pleading to the Complaint and the scheduling conference as specified below, and base it on the above-stated good cause. The parties request the court to endorse this stipulation by way of formal order.

|  | Old Date | New Date |
|---|---|---|
| United States' response to Complaint | March 8, 2013 | April 8, 2013 |
| Scheduling Conference | April 9, 2013 | June 27, 2013 @9:00 |

Respectfully submitted,

Dated: February 20, 2013

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/Alyson A. Berg
Alyson A. Berg
Assistant United States Attorney
Attorney for Defendant United States of America

Dated: February 20, 2013

FELDMAN AND WALLACH

(As authorized 02/20/2013)
/s/Ian Michael Wallach
Ian Michael Wallach
Attorneys for Plaintiff Gregory Edison

Dated: February 20, 2013

BURKE, WILLIAMS & SORENSEN LLP

(As authorized 02/20/2013)
/s/Susan E. Coleman
Susan E. Coleman
Attorney for Defendants The GEO Group, Inc.
and Management & Training Corporation (MTC)

///
///
///
///
///
///
///

**ORDER**

Having reviewed the stipulation submitted the parties, the court hereby extends the time for the United States' to respond to the complaint to April 8, 2013. The scheduling conference currently set for April 9, 2013 is hereby continued to June 27, 2013 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **February 20, 2013**            **/s/ Jennifer L. Thurston**
                                           UNITED STATES MAGISTRATE JUDGE