UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY EDISON,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, THE GEO GROUP, INC., MANAGEMENT & TRAINING CORPORATION, AND JOHN DOES 1-9.,<br><br>        Defendants. | Case No. 1:12-cv-02026-AWI-JLT<br><br>**ORDER GRANTING IN PART STIPULATION FOR DEFENDANTS' TO HAVE LEAVE TO FILE ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>(Doc. 37) |

    Before the Court is the stipulation of counsel allowing the late-filing of the joint answer of Defendants GEO and MTC.

**ORDER**

    The Parties having stipulated and good cause appearing, The Court **ORDERS**:

    1.    The stipulation to allow Defendants GEO and MTC to file their joint answer late is **GRANTED**:

///

///

///

2. Defendants GEO and MTC SHALL file their answer within two court days of the service of this order.

IT IS SO ORDERED.

Dated: **March 25, 2013**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE