BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY EDISON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; THE GEO GROUP, INC.; MANAGEMENT & TRAINING CORPORATION; and JOHN DOES 1-50,<br><br>　　　　Defendants. | Case No. 1:12−CV−02026 AWI−JLT<br><br>SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER |

     Plaintiff Gregory Edison ("Plaintiff"), Defendants United States of America ("United States"), GEO Group, Inc ("GEO") and Management & Training Corporation ("MTC") (collectively "the parties") stipulate, by and through the undersigned counsel, to extend the deadline for the United States to respond to the complaint to and including April 10, 2013.

     The parties base this stipulation on good cause, which includes the need for the parties to agree to terms of any redactions for potentially sensitive and/or confidential documents to be included in the United States' response to the complaint.  Accordingly, the parties stipulate and agree to continue the time for the United States to file a responsive pleading to the complaint for an additional three days, and base it on the above-stated good cause.  The parties request the court to endorse this stipulation by way of formal order.

///

///

|  | Old Date | New Date |
|---|---|---|
| United States' response to Complaint | April 8, 2013 | April 10, 2013 |

Respectfully submitted,

Dated:  April 8, 2013         BENJAMIN B. WAGNER
                              UNITED STATES ATTORNEY


                              /s/Alyson A. Berg
                              Alyson A. Berg
                              Assistant United States Attorney
                              Attorney for Defendant United States of America

Dated:  April 7, 2013         FELDMAN AND WALLACH


                              (As authorized 04/07/2013)
                              /s/Ian Michael Wallach
                              Ian Michael Wallach
                              Attorneys for Plaintiff Gregory Edison

Dated:  April 8, 2013         BURKE, WILLIAMS & SORENSEN LLP


                              (As authorized 04/08/2013)
                              /s/Susan E. Coleman
                              Susan E. Coleman
                              Attorney for Defendants The GEO Group, Inc.
                              and Management & Training Corporation (MTC)

### ORDER

Having reviewed the stipulation submitted the parties, the court hereby extends the time for the United States' to respond to the complaint to April 10, 2013. **No further extensions of time will be granted.**

IT IS SO ORDERED.

   Dated:  **April 8, 2013**                    **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE