BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY EDISON ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA; THE GEO ) <br> GROUP, INC.; MANAGEMENT & ) <br> TRAINING CORPORATION; and JOHN ) <br> DOES 1-50, ) <br> ) <br> Defendants. ) | Case No. 1:12−CV−02026 AWI−JLT <br><br> STIPULATION FOR EXTENSION OF HEARING DATE AND SCHEUDLING CONFERENCE; ORDER |

   Plaintiff Gregory Edison ("Plaintiff"), Defendants United States of America ("United States"), GEO Group, Inc ("GEO") and Management & Training Corporation ("MTC") (collectively "the parties") stipulate, by and through the undersigned counsel, to continue the hearing on the United States' Motion to Dismiss currently set for May 13, 2013 at 1:30 p.m. to June 17, 2013 at 1:30 p.m. as specifically set forth below.

   The parties further agree to continue the date of the scheduling conference currently set for June 27, 2013 at 9:00 a.m. before Magistrate Judge Thurston in Bakersfield, California to July 30, 2013 at 9:00 a.m. before Magistrate Judge Thurston in Bakersfield, California.

   The parties base this stipulation on good cause as the Plaintiff seeks additional time to respond to the issues in the Opposition.  No dates have been set in this action.  The parties request the court endorse this stipulation by way of formal order.

///

|  | Current Date | New Date |
|---|---|---|
| Hearing on United States' Motion to Dismiss | May 13, 2013 | June 17, 2013 |
| Scheduling Conference | June 27, 2013 | July 30, 2013 @9:00 |

Respectfully submitted,

Dated:  April 16, 2013

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY


 /s/Alyson A. Berg
Alyson A. Berg
Assistant United States Attorney
Attorney for Defendant United States of America


Dated:  April 16, 2013

FELDMAN AND WALLACH


(As authorized 04/16/2013)
/s/Ian Michael Wallach
Ian Michael Wallach
Attorneys for Plaintiff Gregory Edison

Dated:  April, 16 2013

BURKE, WILLIAMS & SORENSEN LLP

(As authorized 04/16/2013)
/s/Susan E. Coleman
Susan E. Coleman
Attorney for Defendants The GEO Group, Inc.
and Management & Training Corporation (MTC)

## ORDER

Having reviewed the stipulation submitted by the parties, the court continues the hearing on the United States' motion to dismiss to June 17, 2013, and the scheduling conference to July 30, 2013 at 9:00 a.m.


IT IS SO ORDERED.

Dated:   April 16, 2013

SENIOR  DISTRICT  JUDGE