BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY EDISON,<br><br>               Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; THE GEO GROUP, INC.; MANAGEMENT & TRAINING CORPORATION; and JOHN DOES 1-50,<br><br>               Defendants. | Case No. 1:12−CV−02026 AWI−JLT<br><br>ORDER RE: UNITED STATES' <u>UNOPPOSED</u> NOTICE OF REQUEST TO SEAL DOCUMENTS<br><br>Local Rule 141 |

      The United States has filed a notice of unopposed request to seal documents.  (ECF No.___.) The United States, with the agreement of all parties to the action, requests that the contracts identified as Exhibits "A" and "B" to the Declaration of Doug Martz (Docket Nos. 43-4 & 43.5) be filed under seal for purposes of the United States' motion to dismiss which is set for hearing on June 17, 2013.

      The Court does not seal case documents or exhibits from public view without good cause. Being that the applicability of the contracts identified as Exhibits "A" and "B" to the Declaration of Doug Martz are at issue in the United States' motion to dismiss, the Court finds that these documents should be filed under seal.  It is the practice of this Court to maintain case documents under seal until they are ordered unsealed by the Court.  Accordingly, the Court shall grant the United States' request for an order to file documents under seal.  The Clerk of Court shall be directed to file under seal the documents submitted by United States identified as Exhibits "A" and "B" to the Declaration of Doug Martz until they are ordered unsealed by the Court.

Based on the foregoing, IT IS HEREBY ORDERED THAT:

1. The United States' Notice of Unopposed Request is GRANTED, and

2. The Clerk of Court is DIRECTED to file under seal Exhibits "A" and "B" to the Declaration of Doug Martz (Docket Nos. 43-4 & 43.5), until they are ordered unsealed by the Court.

IT IS SO ORDERED.

Dated:   May 9, 2013                              _____
                                                  SENIOR  DISTRICT  JUDGE