BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY EDISON,<br><br>          Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; THE GEO GROUP, INC.; MANAGEMENT & TRAINING CORPORATION; and JOHN DOES 1-50,<br><br>          Defendants. | Case No. 1:12−CV−02026 AWI−JLT<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION TO DISMISS; ORDER |

     Plaintiff Gregory Edison ("Plaintiff"), Defendants United States of America ("United States"), GEO Group, Inc ("GEO") and Management & Training Corporation ("MTC") (collectively "the parties") stipulate, by and through the undersigned counsel, to extend the deadline for the United States to file its Reply to Plaintiff's Opposition to the Motion to Dismiss to and including June 17, 2013. The parties also request the hearing date be continued from June 17, 2013 to June 24, 2013 ( or any convenient date for the court).

     The parties base this stipulation on good cause, which includes the need for the United States to review the transcripts and other exhibits referenced in Plaintiff's Opposition to the Motion to Dismiss. Accordingly, the parties stipulate and agree to continue the time for the United States to file its Reply and the hearing date, and base it on the above-stated good cause. The parties request the court to endorse this stipulation by way of formal order.

///

|  | Old Date | New Date |
|---|---|---|
| United States' Reply to Opposition | June 10, 2013 | June 17, 2013 |
| Hearing Date | June 17, 2013 | June 24, 2013 |

Respectfully submitted,

Dated:  June 4, 2013         BENJAMIN B. WAGNER
                             UNITED STATES ATTORNEY


                             /s/Alyson A. Berg
                             Alyson A. Berg
                             Assistant United States Attorney
                             Attorney for Defendant United States of America


Dated:  June 4, 2013         FELDMAN AND WALLACH


                             (As authorized 06/04/2013)
                             /s/Ian Michael Wallach
                             Ian Michael Wallach
                             Attorneys for Plaintiff Gregory Edison


Dated:  June 4, 2013         BURKE, WILLIAMS & SORENSEN LLP


                             (As authorized 06/04/2013)
                             /s/Susan E. Coleman
                             Susan E. Coleman
                             Attorney for Defendants The GEO Group, Inc.
                             and Management & Training Corporation (MTC)


### ORDER

Having reviewed the stipulation submitted the parties, the court hereby extends the time for the United States' to file its Reply to June 17, 2013 and continues the hearing to June 24, 2013 at 1:30 p.m.


IT IS SO ORDERED.

Dated:   June 5, 2013                    _____
                                         SENIOR  DISTRICT  JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28