BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY EDISON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; THE GEO GROUP, INC.; MANAGEMENT & TRAINING CORPORATION; and JOHN DOES 1-50,<br><br>　　　　　　Defendants. | Case No. 1:12−CV−02026 AWI−JLT<br><br>ORDER RE: JOINT NOTICE OF REQUEST TO SEAL DOCUMENTS REGARDING OPPOSITION TO UNITED STATES' MOTION TO DISMISS<br><br>Local Rule 141 |

　　　　The parties filed a joint notice of request to seal documents in connection with Plaintiff Gregory Edison's opposition to the United States' motion to dismiss. Based on the joint agreement of all parties to the action, the parties request that additional pages to the contracts identified as Exhibits "A" and "B" to the Declaration of Doug Martz (Docket Nos. 43-4 & 43.5) be filed under seal for purposes of the United States' motion to dismiss which is set for hearing on June 17, 2013.

　　　　The Court does not seal case documents or exhibits from public view without good cause. Being that the applicability of the contracts identified as Exhibits "A" and "B" to the Declaration of Doug Martz are at issue in the United States' motion to dismiss, the Court finds that these documents should be filed under seal.  It is the practice of this Court to maintain case documents under seal until they are ordered unsealed by the Court.  Accordingly, the Court shall grant the parties joint request for an order to file documents under seal.  The Clerk of Court shall be directed to file under seal any

documents submitted by plaintiff in connection with his opposition to the United States' motion to dismiss identified as Exhibits "A" and "B" to the Declaration of Doug Martz until they are ordered unsealed by the Court.

Based on the foregoing, IT IS HEREBY ORDERED THAT:

1. The parties joint request is GRANTED, and

2. The Clerk of Court is DIRECTED to file under seal additional pages to the contract identified as Exhibits "A" and "B" to the Declaration of Doug Martz (Docket Nos. 43-4 & 43.5), if any pages are submitted with plaintiff's opposition to the United States' motion to dismiss until they are ordered unsealed by the Court.

IT IS SO ORDERED.

Dated: June 11, 2013

SENIOR DISTRICT JUDGE