IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY EDISON, ) <br> ) <br>     Plaintiff, ) <br>   v. ) <br> ) <br> UNITED STATE OF AMERICA, et al., ) <br> ) <br>     Defendants. ) <br> ) | 1:12-cv-2026  AWI JLT <br><br> ORDER VACATING JUNE 24, 2013, HEARING AND TAKING MATTER UNDER SUBMISSION |

Currently set for hearing and decision on June 24, 2013, is Defendant's motion to dismiss.  The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 24, 2013, is VACATED, and the parties shall not appear at that time.  As of June 24, 2013, the Court will take Defendant's motion under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   June 20, 2013

                                          SENIOR  DISTRICT  JUDGE