UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY EDISON,<br><br>            Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, THE GEO GROUP, INC., MANAGEMENT & TRAINING CORPORATION, AND JOHN DOES 1-9.,<br><br>            Defendants. | Case No.  1:12-cv-02026-AWI-JLT<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS DEFENDANT THE GEO GROUP, INC., FROM THIS ACTION WITHOUT PREJUDICE** |

The Court hereby grants the parties' joint stipulation to dismiss defendant The Geo Group, Inc., from this action without prejudice, subject to the terms and conditions of the joint stipulation.

IT IS SO ORDERED.

Dated:  July 16, 2013          _____
                                                    SENIOR DISTRICT JUDGE