**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY EDISON, ) | Case No.: 1:12-cv-2026-AWI-JLT |
| Plaintiff, ) | ORDER VACATING HEARING |
| v. ) | |
| UNITED STATES OF AMERICA; THE GEO GROUP, INC.; MANAGEMENT & TRAINING CORPORATION; and JOHN DOES 1-50 ) | |
| Defendants. ) | |

Currently set for hearing and decision is Plaintiff's Rule 54(b) motion for entry of final judgment. Hearing on this motion is set for October 28, 2013. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 28, 2031, is VACATED, and the parties shall not appear at that time. As of October 28, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   October 25, 2013                             _____
                                                                             SENIOR  DISTRICT  JUDGE

1