UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY EDISON,<br><br>            Plaintiff,<br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>            Defendants. | Case No.: 1:12-cv-02026 AWI JLT<br><br>**ORDER TO PLAINTIFF TO FILE HIS FIRST AMENDED COMPLAINT**<br><br>**(Doc. 105)** |

The parties have agreed that the plaintiff may file a first amendment complaint. (Doc. 105 at 3-4)  In response, the plaintiff withdrew the motion to amend and the Court terminated the motion. However, the plaintiff has failed to file the amended complaint.  Thus, the Court **ORDERS**:

   1.   No later than December 12, 2016, the plaintiff **SHALL** file his first amended complaint;

   2.   The United States of America **SHALL** file its responsive pleading within 21 days after the filing of the third amended complaint.  Because the first amended complaint makes no changes as to the defendant MTC, it need not file a responsive pleading.

IT IS SO ORDERED.

   Dated:   **December 8, 2016**            **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE