Ian Wallach, SBN 237849
Jason K. Feldman SBN 213386
FELDMAN & WALLACH
606 Venice Blvd., Suite C
Venice, CA 90291
Telephone: (310) 577-2001
Fax: (310) 564-2004
ian@feldmanwallach.com
jason@feldmanwallach.com

Attorneys for Plaintiffs

Raymond P. Boucher, SBN 115364
*ray@boucher.la*
Hermez Moreno, SBN 72009
*moreno@boucher.la*
Milin Chun, SBN 262674
*chun@boucher.la*
Brian M. Bush, SBN 294713
*bush@boucher.la*
BOUCHER LLP
21600 Oxnard Street, Suite 600
Woodland Hills, CA 91367-4903
Tel: (818) 340-5400
Fax: (818) 340-5401

Attorneys for Plaintiffs

PHILLIP A. TALBERT
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant
United States of America

Susan E. Coleman (SBN 171832)
Kristina Gruenberg (SBN 268188)
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Telephone: (213) 236-0600
Fax: (213) 236-2700
scoleman@bwslaw.com

Attorney for Defendant
Manangement & Training Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY EDISON,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA; THE GEO GROUP, INC.; MANAGEMENT AND TRAINING CORPORATION,<br><br>          Defendants. | Case No.  1:12-cv-02026-AWI-JLT<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE AMENDED COMPLAINTS AND [PROPOSED] ORDER**<br><br>**(Doc. 111**) |

| | |
|---|---|
| RICHARD NUWINTORE,<br><br>      Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA; MANAGEMENT AND TRAINING CORPORATION,<br><br>      Defendants. | Case No.  1:13-cv-00967-AWI-JLT |
| LOUIS C. DOMINGO,<br><br>      Plaintiff,<br><br>    v.<br><br>MANAGEMENT & TRAINING CORPORATION; and JOHN DOES 1-9,<br><br>      Defendants. | Case No.  1:15-cv-00284-AWI-JLT |

Defendants United States and Management and Training Corporation (hereafter known as "Defendants"), and Plaintiffs Gregory Edison, Richard Nuwintore, and Louis Domingo (hereafter known as "Plaintiffs"), by and through their respective counsel, stipulate as follows:

On December 12, 2016, Plaintiffs filed their Amended Complaints[1] against the Defendants, the United States and its contractor, Management & Training Corporation (MTC). Pursuant to the court's orders, the United States shall file responsive pleadings by January 3, 2017 and MTC need not file responsive pleadings.  (ECF Nos. 107, 113, 55).

Due to a pre-planned vacation, federal holidays on December 26, 2016 and January 2, 2017, and to allow the parties to attempt to avoid a motion as the initial response, good cause

---

[1] Plaintiff Gregory Edison filed a First Amended Complaint (ECF No. 110), Plaintiff Richard Nuwintore filed a Third Amended Complaint (ECF No. 117), and Plaintiff Louis Domingo filed a Second Amended Complaint (ECF No. 58).

1 exists to continue the response date for the United States from January 3, 2017 to and including
2 February 2, 2017.[2]
3     Accordingly, Plaintiffs and Defendants hereby stipulate and agree as follows:
4     1.  The deadline for the United States to respond to the Amended Complaints shall be
5 extended up to and including February 2, 2017.
6     2.  This stipulation will not alter the date of any event or any deadline already fixed by
7 Court order.

8 DATED:  December 21, 2016         FELDMAN & WALLACH, LLP

9                                   (As authorized 12/21/2016)
10                                  */s/ Jason Feldman*
                                    IAN WALLACH
11                                  JASON FELDMAN
                                    Attorneys for Plaintiffs, Gregory Edison, Louis C.
12                                  Domingo, Richard Nuwintore

13 DATED:  December 21, 2016         BURKE, WILLIAMS & SORENSEN, LLP

14                                  (As authorized 12/21/2016)
15                                  */s/ Kristina Gruenberg*
                                    SUSAN E. COLEMAN
16                                  KRISTINA GRUENBERG
                                    Attorneys for Defendant,
17                                  Management & Training Corporation

18 DATED:  December 21, 2016         PHILLIP A. TALBERT
                                    United States Attorney
19
20                                  */s/ Alyson A. Berg*
                                    ALYSON A. BERG
21                                  Assistant United States Attorney
                                    Attorneys for Defendant,
22                                  United States of America

---

[2] MTC does not oppose the agreement between plaintiffs and the United States regarding the date for the United States to respond to the amended complaints.

3
JOINT STIPULATION AND [~~PROPOSED~~] ORDER

**[PROPOSED] ORDER**

Having reviewed the stipulation submitted by the parties and for good cause showing, the court hereby orders as follows:

1. The deadline for the United States to respond to the Amended Complaints shall be extended up to and including February 2, 2017.

2. This stipulation will not alter the date of any other event or any deadline already fixed by Court order.

IT IS SO ORDERED.

Dated:   **December 22, 2016**          **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE