# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY EDISON, | Case No.: 1:12-cv-02026 - AWI - JLT |
| Plaintiff, | ORDER AFTER NOTICE OF SETTLEMENT WITH THE UNITED STATES OF AMERICA |
| v. | (Doc. 134) |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

The plaintiff reports he has settled the action with defendant United States of America. (Doc. 134) Thus, the Court **ORDERS**:

1. Plaintiff SHALL file a stipulation to dismiss or a motion to dismiss defendant United States of America, as provided by Fed. R. Civ. P. 41, **no later than August 17, 2018**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **June 14, 2018**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE