**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY EDISON,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendants. | Case No.: 1:12-cv-2026-AWI- JLT<br><br>ORDER DIRECTING THE CLERK TO UPDATE THE DOCKET AND TERMINATE THE UNITED STATES OF AMERICA AS A DEFENDANT<br><br>(Doc. 143) |

Gregory Edison, the United States of America, and Management & Training Corporation stipulated that "all claims by Gregory Edison against the United States as alleged in the First Amended Complaint be dismissed with prejudice." (Doc. 143 at 1) Pursuant to Rule 41 of the Federal Rules of Civil Procedure, "the plaintiff may dismiss an action without a court order by filing … a stipulation of dismissal signed by all parties who have appeared." Fed.R.Civ.P. 41(a)(1)(A)(ii).

Because all parties signed the stipulation, the dismissal was effective without an order of the Court. *See* Fed. R. Civ. P. 41(a)(2). Accordingly, the Clerk of Court is **DIRECTED** to update the docket and terminate the United States of America as a defendant in the action.

IT IS SO ORDERED.

    Dated: **August 13, 2018**                  **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE